In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 1425 to 1427 Wythe Place, Borough and County of Bronx, City and State of New York, Guaranteed by Bond and Mortgage Guarantee Company, Guarantee No. 210,578. (Plan No. 826.) MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Appellant; BOND AND MORTGAGE GUARANTEE COMPANY, in Rehabilitation, by LOUIS H. PINK, Superintendent of Insurance of the State of New York, BOND AND MORTGAGE GUARANTEE CORPORATION, and DOROTHEA BLODGETT SCHOLLE, Respondents.— Appeals by the Mortgage Commission from two orders entered at the Additional Special Term, Kings county. The first order entered was a final order in the proceeding. It approved the fairness of the plan of reorganization of the certificated mortgage in suit and, in opposition to the Commission's application to be designated agent to service the mortgage, appointed the Bond and Mortgage Guarantee Corporation such servicing agent. The second order denied leave to reopen the proceeding for the purpose of introducing additional proof. Final order in so far as an appeal is taken therefrom,

and order denying motion for leave to reopen the proceeding, unanimously affirmed, with costs. The fairness of the entire plan promulgated had to be passed upon by the court; and the statutes impose no restriction on the portion of the plan necessitating the selection of the agent to service the mortgage. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.